In the Matter of the Application of JAMES E. FINEGAN, President, FERDINAND Q. MORTON and Another, as Commissioners, Constituting the Municipal Civil Service Commission of the City of New York, Petitioners, Appellants, for an Order of Mandamus against S. HOWARD COHEN and Others, as Commissioners of Elections, Constituting the Board of Elections in the City of New York, Respondents, and JOHN R. CREWS, Chairman of the County Committee of the Republican Party of the County of Kings, and KENNETH R. SIMPSON, Chairman of the County Committee of the Republican Party of the County of New York, Intervenors, Appellants.

First Department, October 4, 1937.

*William C. Chanler* of counsel [*Jeremiah M. Evarts* and *Robert H. Schaffer* with him on the brief; *Paul Windels, Corporation Counsel*], for the petitioners, appellants.

*Gabriel L. Kaplan* of counsel [*A. David Benjamin*, attorney, and *Gabriel L. Kaplan*, attorney], for the intervenors, appellants.

*Henry Epstein, Solicitor-General,* of counsel [*John C. Crary, Assistant Attorney-General,* with him on the brief; *John J. Bennett, Jr., Attorney-General*], for the respondents.

PER CURIAM.   In our opinion neither section 20 of the City Home Rule Law, providing that " the proposed charter may contain such provisions or effect such results as may be made or effected by local law " under the provisions of that law, nor chapter 867 of the Laws of 1934, as amended (Laws of 1935, chap. 292), providing that " such charter shall set forth the structure of the city government and the manner in which it is to operate," permits of any change in the general provisions of the Election Law relating to the selection of election officials or employees.   (Cf. *Browne* v. *City of New York*, 241 N. Y. 96.)

The order should be affirmed.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON and UNTERMYER, JJ.

Order unanimously affirmed.